JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA AESCHBACHER, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA PIZZA KITCHEN, INC. and DOES 1-10,<br><br>　　　　　　Defendant.<br>_____<br>ERIK J. KHOROVSKY, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA PIZZA KITCHEN, INC.<br><br>　　　　　　Defendant.<br>_____ | CASE NO. CV 07 00215 VBF (JWJx)<br>Consolidated with<br>CASE NO. CV 07-0957<br><br>[The Honorable Valerie Baker Fairbank]<br><br>**ORDER RE VOLUNTARY DISMISSAL WITH PREJUDICE** |

Based on the parties' stipulation, **IT IS HEREBY ORDERED:**

That all claims in the above-entitled actions, and the entire actions, are dismissed with prejudice in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and that each party shall bear its own attorneys' fees and costs incurred in connection with this action.

　　　　**IT IS SO ORDERED.**

Dated: August 5, 2008　　　　　　　　／s／ Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　Hon. Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　United States District Court